| DOCUMENTS UNDER SEAL [X] | | TOTAL TIME (mins): 40 mins | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Lashanda Scott | REPORTER/FTR 10:32-10:38; 2:12-2:22; 2:33-2:57 | |
| MAGISTRATE JUDGE Laurel Beeler | DATE February 1, 2017 | NEW CASE [ ] | CASE NUMBER 3-17-mj-70131 MAG |

### APPEARANCES

| DEFENDANT Jeffrey Wertkin | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Julia Jayne (SPECIAL) | PD. [ ] RET. [ ] APPT. [ ] |
|---|---|---|---|---|---|
| U.S. ATTORNEY Robin Harris and Kyle Waldinger | INTERPRETER N/A | | FIN. AFFT SUBMITTED [ ] | | COUNSEL APPT'D [ ] |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Denise Mancia | | DEF ELIGIBLE FOR APPT'D COUNSEL [ ] | | PARTIAL PAYMENT OF CJA FEES [ ] |

### PROCEEDINGS SCHEDULED TO OCCUR

| [X] INITIAL APPEAR 40 | [ ] PRELIM HRG | [ ] MOTION | [ ] JUGM'T & SENTG | [ ] STATUS [ ] TRIAL SET |
|---|---|---|---|---|
| [ ] I.D. COUNSEL | [ ] ARRAIGNMENT | [ ] BOND HEARING | [ ] IA REV PROB. or or S/R | [ ] OTHER |
| [ ] DETENTION HRG | [ ] ID / REMOV HRG | [ ] CHANGE PLEA | [ ] PROB. REVOC. | [ ] ATTY APPT HEARING |

### INITIAL APPEARANCE

| [X] ADVISED OF RIGHTS | [X] ADVISED OF CHARGES | [ ] NAME AS CHARGED IS TRUE NAME | [ ] TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| [ ] ARRAIGNED ON INFORMATION | [ ] ARRAIGNED ON INDICTMENT | [ ] READING WAIVED SUBSTANCE | [ ] WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| [ ] RELEASED ON O/R | [X] ISSUED APPEARANCE BOND | AMT OF SECURITY $ 750,000.00 | SPECIAL NOTES | [ ] PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED [ ] CASH $ | CORPORATE SECURITY [ ] refer to bond for multi property posting | | REAL PROPERTY: [X] 130 12th St. N.W., Washington DC | |
| [ ] MOTION FOR DETENTION | [X] PRETRIAL SERVICES REPORT | [ ] DETAINED | [X] RELEASED | [ ] DETENTION HEARING AND FORMAL FINDINGS WAIVED | [ ] REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| [ ] CONSENT ENTERED | [ ] NOT GUILTY | [ ] GUILTY | GUILTY TO COUNTS: [ ] |
|---|---|---|---|
| [ ] PRESENTENCE REPORT ORDERED | [ ] CHANGE OF PLEA | [ ] PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 2/22/2017 | [X] ATTY APPT HEARING  Private | [ ] BOND HEARING | [ ] STATUS RE: CONSENT | [ ] TRIAL SET |
|---|---|---|---|---|
| AT: 9:30 a.m. | [ ] SUBMIT FINAN. AFFIDAVIT | [X] PRELIMINARY HEARING | [ ] CHANGE OF PLEA | [X] STATUS |
| BEFORE HON. SK | [ ] DETENTION HEARING | [X] ARRAIGNMENT | [ ] MOTIONS | [ ] JUDGMENT & SENTENCING |
| [ ] TIME WAIVED | [X] TIME EXCLUDABLE UNDER 18 § USC 3161 | [ ] IDENTITY / REMOVAL HEARING | [ ] PRETRIAL CONFERENCE | [ ] PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Counsel stipulated to exclude time sta for effective preparation of counsel and for continuity of counsel. Stipulation and Order excluding time issued in court. Posting of property due by 2/10/2017.

DOCUMENT NUMBER: