Ted W. Cassman (Cal. BN 98932)
Julie A. Salamon (Cal. BN 214298)
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:   (510) 845-3003

*Attorney for Jeffrey Wertkin*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-MJ-70131 (LB) |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER CONTINUING DEADLINE FOR POSTING BAIL** |
| v. | |
| JEFFREY WERTKIN, | |
| Defendant. | Date: February 10, 2017 |
| | Dept: Courtroom C, 15th Floor |

It is hereby stipulated by and between the parties that the deadline for posting bail in the above-captioned case will be continued to February 15, 2017. This continuance is necessary to give Mr. Wertkin sufficient time to gather the

//

**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR POSTING BAIL**
*United States v. Jeffrey Wertkin*, No. 17-MJ-70131 (LB)       1

necessary documentation.

Dated: February 9, 2017                By: _____/s/_____
                                       Julie Salamon
                                       Attorney for Andrew Nayman

Dated: February 9, 2017                By: _____/s/_____
                                       Robin Harris
                                       Assistant United States Attorney

**<u>ORDER</u>**

    IT IS SO ORDERED.


 Dated: _____             By:_____
                                       The Honorable Laurel Beeler
                                       United States Magistrate Court Judge

**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR POSTING BAIL**
*United States v. Jeffrey Wertkin*, No. 17-MJ-70131 (LB)        2