Cristina C. Arguedas (Cal BN 87787)
arguedas@achlaw.com
Ted W. Cassman (Cal. BN 98932)
cassman@achlaw.com
Julie A. Salamon (Cal. BN 214298)
salamon@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:  (510) 845-3000
Facsimile:  (510) 845-3003

*Attorneys for Defendant Jeffrey Wertkin*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JEFFREY WERTKIN,<br><br>　　　　　　　　　Defendant. | No. 17-MJ-70131 (LB)<br><br>**NOTICE OF APPEARANCES OF COUNSEL BY CRISTINA C. ARGUEDAS AND TED W. CASSMAN**<br><br>Judge:　　Hon. Laurel Beeler<br>Courtroom: C, 15th Floor |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Cristina C. Arguedas and Ted W. Cassman of Arguedas, Cassman & Headley, LLP hereby enter appearances as counsel of record on behalf of defendant Jeffrey Wertkin in the above-captioned case.

Mr. Wertkin requests that all notices given or required to be given and all papers filed or served or required to be served in the above-captioned matter be directed and

**NOTICE OF APPEARANCES OF COUNSEL**
*United States v. Jeffrey Wertkin*, No. 17-MJ-70131 (LB)　　　1

served upon counsel at the email and mailing addresses below:

    CRISTINA C. ARGUEDAS (Cal. Bar No. 87787)
    arguedas@achlaw.com
    TED W. CASSMAN (Cal. Bar No. 98932)
    cassman@achlaw.com
    Julie Salamon (Cal. Bar No. 214298)
    salamon@achlaw.com
    ARGUEDAS, CASSMAN & HEADLEY, LLP
    803 Hearst Avenue
    Berkeley, CA  94710
    (510) 845-3000 (Tel)
    (510) 845-3003 (Fax)

Dated:  February 10, 2017        Respectfully Submitted,

                                  ARGUEDAS, CASSMAN & HEADLEY, LLP

                                _____//s//_____
                                Julie Salamon
                                *Attorney for Jeffrey Wertkin*

**NOTICE OF APPEARANCES OF COUNSEL**
*United States v. Jeffrey Wertkin*, No. 17-MJ-70131 (LB)    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28